**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2441**

NAPOLEON T. ANNAN YARTEY,

             Plaintiff – Appellant,

        v.

MONTGOMERY BOARD OF EDUCATION, The President; PATRICIA
O'NEILL; CHRISTOPHER S. BARCLAY; JOHN DOE 1-10,

             Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:10-cv-01384-DKC)

Submitted: March 31, 2011              Decided: April 4, 2011

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Napoleon T. Annan Yartey, Appellant Pro Se.  Edward Barry
Lattner, Paul F. Leonard, Jr., COUNTY ATTORNEY'S OFFICE FOR THE
COUNTY OF MONTGOMERY, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Napoleon T. Annan Yartey appeals the district court's order granting Defendants' motion to dismiss his complaint alleging several state law claims against Defendants, including breach of contract, fraud and conversion claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>Yartey v. Montgomery Bd. of Educ.</u>, No. 8:10-cv-01384-DKC (D. Md. Dec. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>